IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>KENNETH R. JONES<br>**Debtor(s)** | CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>**Moving Party** | Case No.: 26-12370 (AMC)<br><br>**Hearing Date: 11-17-26 at 11:00 AM** |
| v. | 11 U.S.C. 362 |
| KENNETH R. JONES<br>JAMES DURKIN<br>**Respondent(s)** | 11 U.S.C. 1301 |
| KENNETH E. WEST<br>**Trustee** | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Santander Consumer USA, Inc. dba Chrysler Capital ("Chrysler Capital") filing this its Motion For Relief From The Automatic Stay And Co-Debtor Stay ("Motion"), and in support thereof, would respectfully show:

1. That on June 1, 2026, Kenneth R. Jones filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361, 362, 1301, and 28 U.S.C. 157 and 1334.

3. On June 15, 2023, the debtor and co-debtor James Durkin entered into a retail installment contract for the purchase of a 2019 Jeep Cherokee bearing vehicle identification number 1C4PJMLB2KD320707. The contract was assigned to Chrysler Capital and the debtor(s) became indebted to Chrysler Capital in accordance with the terms of same. Chrysler Capital is designated as first lien holder on the title to the vehicle and holds a first purchase money security interest in the vehicle. A true copy of the contract and title to the vehicle are annexed hereto as Exhibits A and B. Santander Consumer USA Inc. does business as Chrysler Capital.

4. The debtor's account is past due post-petition from March 20, 2026 to September 30, 2026 with arrears in the amount of $4,301.61.

5. As of October 14, 2026, the debtor's account with Chrysler Capital had a net loan balance of $22,489.27.

6. According to the October 2026 NADA Official Used Car Guide, the vehicle has a current retail value of $16,750.00.

7. Santander Consumer USA Inc. dba Chrysler Capital alleges that the automatic stay and co-debtor stay should be lifted for cause under 11 U.S.C. 362(d)(1) and 1301 in that Chrysler Capital lacks adequate protection of its interest in the vehicle as evidenced by the following:

(a) The debtor is failing to make payments to Chrysler Capital and is failing to provide Chrysler Capital with adequate protection.

(b) Chrysler Capital has been unable to verify if the vehicle is insured; if the debtor contests this Motion, he must provide Chrysler Capital with proof of valid, current insurance on the vehicle by the date of the hearing.

WHEREFORE PREMISES CONSIDERED, Santander Consumer USA Inc. dba Chrysler Capital respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to Chrysler Capital to permit Chrysler Capital to seek its statutory and other available remedies; (2) that the co-debtor stay will be terminated as to Chrysler Capital to permit Chrysler Capital to seek its statutory and other available remedies; (3) that the stay and co-debtor stay terminate upon entry of this Order pursuant to the authority granted by Fed.R.Bank.P., Rule 4001(a)(4) and (4) Chrysler Capital be granted such other and further relief as is just.

Respectfully submitted,

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney ID: 92329
Local Counsel for Santander Consumer USA Inc.
dba Chrysler Capital